# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Nible, | No. CV 1-08-00713-JMR |
| Plaintiff, | **ORDER** |
| vs. | |
| Warden, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to **close this case**.

**IT IS FURTHER ORDERED** that all pending motions shall be **DENIED AS MOOT**.

DATED this 1st day of June, 2010.

_____
John M. Roll
Chief United States District Judge